IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ODALIS M. HERNANDEZ ROMERO,

          Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,
WAL-MART STORES EAST, LP,
WALMART INC. and JOHN DOES 1-2,

          Defendants.
_____/

Civil Action File No.
1:21-CV-02765-MLB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Parties, by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this stipulation of dismissal without prejudice.

Filed and Consented to by:

/s/ Leonard D. Brooks, III
Leonard D. Brooks, III
The Law Offices of John Morrison
Attorney for Plaintiff
1955 Lower Roswell Road
Marietta, GA 30068
(770) 951-8900
lee@johnmorrisonlaw.com

Consented to by:

/s/ Jennie E. Rogers
Jennie E. Rogers
McLain & Merritt, PC
Attorney for Defendants
3445 Peachtree Street, Suite 500
Atlanta, GA 30326
(404) 365-4576
jrogers@mmatllaw.com

      The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                                          /s/ Leonard D. Brooks, III
                                          Leonard D. Brooks, III